UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YINET SANTOS,

          Plaintiff,

-against-

MHG-45, L.L.C., d/b/a THE HOLIDAY INN
EXPRESS NEW YORK CITY FIFTH AVENUE,
and YALILA ATARIHUA and ROBERT
INDEGLIA, individually,

          Defendants.

Case No. 16-CV-6947 (PGG)

**NOTICE OF
MOTION TO DISMISS**

    **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, and all other papers and proceedings herein, Defendant Robert Indeglia ("Defendant Indeglia"), by and through his attorneys, Littler Mendelson P.C., will move this Court before the Honorable Judge Paul G. Gardephe, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 1007, on a date and time to be designated by the Court, for an Order dismissing Counts I, II, III and IV of Plaintiff's Complaint as to Defendant Indeglia with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6), along with such other and further relief as the Court may deem just and proper.

Date:  January 31, 2017
         New York, New York

/s/ Houston A. Stokes
Houston A. Stokes

LITTLER MENDELSON
A Professional Corporation
900 Third Avenue
New York, NY 10022.3298
212.583.9600
hstokes@littler.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2017, I caused a copy of the foregoing Notice of Motion to Dismiss to be served via ECF upon the following:

Jacob Aronauer
The Law Offices of Jacob Aronauer
225 Broadway Suite 307
New York, NY 10007
212-323-6980
Fax: 212-233-9238
jaronauer@aronauerlaw.com

_____*/s/ Houston A. Stokes*_____
Houston A. Stokes

Firmwide:145454875.1 076972.1035