**THE LAW OFFICES OF JACOB ARONAUER**
Jacob Aronauer
225 Broadway, Suite 307
New York, NY 10007
(212) 323-6980
jaronauer@aronauerlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/17
```

UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------
YINET SANTOS,

                                         Plaintiff,

         -against-

MHG-45, L.L.C., d/b/a
THE HOLIDAY INN EXPRESS
NEW YORK CITY FIFTH AVENUE, and
YALILA ATARIHUA and
ROBERT INDEGLIA, individually,

                                       Defendants.
-----------------------------------------------------------------------X

16-cv-06947 (PGG)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P.41 (a)(1)(A)(i)**


**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

    Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Yinet Santos, hereby gives notice that the above captioned action against Robert Indeglia, individually is voluntarily dismissed, without prejudice against Robert Indeglia.

Dated: February 23, 2017
       New York, New York

**THE LAW OFFICES OF JACOB ARONAUER**

By: _____
Jacob Aronauer
225 Broadway, Suite 307
New York, New York 10007
(212) 323-6980
jaronauer@jaronauerlaw.com

*Attorney for Plaintiff*

**SO ORDERED:**

_____
**U.S.D.J.**

March 1, 2017
JS

To:   **Via e-mail (HStokes@littler.com)**
      Houston Stokes, Esq.
      *Attorney for Defendants*