# JACOB ARONAUER, ESQ.

## Law Offices of Jacob Aronauer

225 Broadway, Suite 307
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

May 9, 2017

**By ECF and Regular Mail**
Hon. Gabriel Gorenstein
United States Courthouse
500 Pearl St.
New York, New York 10007

Re:     Santos v. Holiday Inn Express Hotel, et al.
        16-cv-06947 (PGG) (GWG)

Dear Judge Gorenstein:

     I represent Plaintiff Yinet Santos ("Plaintiff") in the above captioned matter. While mindful of Your Honor's busy docket, Plaintiff requests that the Court schedule a settlement conference before Your Honor. Defendants' counsel is in agreement that the parties should attend a settlement conference. I am confident that the timing is right for the parties to be able to resolve their differences and amicably resolve this matter.

     We appreciate the Court's consideration.

Respectfully,

*/s/ Jacob Aronauer*
Jacob Aronauer
*Attorney for Plaintiff*

cc:  **Via ECF**
     Mr. Houston Stokes, Esq.
     *Attorney for Defendants*