# Exhibit 1

**From:** Jacob Aronauer <jaronauer@aronauerlaw.com>
**Sent:** Friday, May 19, 2017 1:09 PM
**To:** Stokes, Houston A.
**Subject:** Re: Plaintiff's Deposition (Santos v. MHG-45, LLC)

I have issues with your discovery responses which need to rectified before I can allow Ms. Santos to be deposed.

On 5/19/17 12:49 PM, Stokes, Houston A. wrote:

> Jacob,
>
> I am circling back in order to schedule the deposition of Plaintiff Santos.
>
> I am no longer available on May 25 or May 26.
>
> Please let me know Ms. Santos' availability for her deposition on May 31, June 1 or June 2.
>
> Regards,
> Houston

**From:** Stokes, Houston A.
**Sent:** Tuesday, May 16, 2017 12:04 PM
**To:** Jacob Aronauer (jaronauer@aronauerlaw.com)
**Subject:** Plaintiff's Deposition (Santos v. MHG-45, LLC)

Jacob,

I am reaching out to schedule the deposition of Plaintiff Santos.

Please let me know Plaintiff Santos' availability to sit for her deposition on the following days:

- May 25
- May 26
- May 31
- June 1
- June 2

Pending your input, I will serve a Notice of Deposition.

Regards,
Houston

**Houston Stokes,** Attorney At Law
212.583.2688 direct   312.277.5839 fax   hstokes@littler.com
900 Third Avenue | New York, NY 10022-3298

1



Employment & Labor Law Solutions Worldwide

------------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

--

Jacob Aronauer, Esq.
The Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
(P) (212) 323-6980
(F) (212) 233-9238

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this document (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.
To reply to our email administrator directly, please send an email to jaronauer@aronauerlaw.com.
The Law Office of Jacob Aronauer