# Exhibit 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YINET SANTOS,

                Plaintiff,

-against-

MHG-45, L.L.C., d/b/a THE HOLIDAY INN EXPRESS NEW YORK CITY FIFTH AVENUE, and YALILA ATARIHUA and ROBERT INDEGLIA, individually,

                Defendants.

Case No. 16-CV-6947 (PGG)

**AMENDED NOTICE OF DEPOSITION OF PLAINTIFF YINET SANTOS**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant MHG-45, L.L.C., d/b/a The Holiday Inn Express New York City Fifth Avenue ("Defendant"), by and through its attorneys, Littler Mendelson, P.C., will take the deposition upon oral examination of Plaintiff Yinet Santos, herein, before a notary public or other person authorized to administer oaths, at the law offices of Littler Mendelson, P.C., located at 900 Third Avenue, New York, NY 10022 on June 1, 2017 beginning at 9:30 a.m., and continuing day to day thereafter until completed.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 30(b)(3) of the Federal Rules of Civil Procedure, the aforementioned deposition shall be recorded by sound, visual, and/or stenographic means.

Dated: May 22, 2017

                                      **LITTLER MENDELSON, P.C.**
                                      Attorneys for Defendants

                                      By: _____
                                          Houston A. Stokes
                                          900 Third Avenue
                                          New York, New York 10022
                                          Telephone: (212) 583-9600

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2017, I caused a copy of the foregoing Defendant MHG-45, L.L.C.'s Amended Notice of Deposition of Plaintiff Yinet Santos to be served via email and U.S. Mail upon the following:

Jacob Aronauer
The Law Offices of Jacob Aronauer
225 Broadway Suite 307
New York, NY 10007
212-323-6980
Fax: 212-233-9238
jaronauer@aronauerlaw.com

_____
Houston A. Stokes