# Exhibit 3

## Stokes, Houston A.

| | |
|---|---|
| **From:** | Stokes, Houston A. |
| **Sent:** | Wednesday, May 31, 2017 12:54 PM |
| **To:** | 'Jacob Aronauer' |
| **Subject:** | RE: Yinet santos Deposition Notice |

Jacob,

Plaintiff Santos' deposition was properly noticed for June 1. We intend to move forward with the deposition.

Regards,
Houston

**From:** Jacob Aronauer [mailto:jaronauer@aronauerlaw.com]
**Sent:** Thursday, May 25, 2017 1:36 PM
**To:** Stokes, Houston A.
**Subject:** Yinet santos Deposition Notice

You have not given me sufficient notice--June 1st is not realistic and against the FRCP rules.

Jacob Aronauer, Esq.
The Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
(P) (212) 323-6980
(F) (212) 233-9238

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this document (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

To reply to our email administrator directly, please send an email to jaronauer@aronauerlaw.com.

The Law Office of Jacob Aronauer

1