# Exhibit 4

```
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    ----------------------------------X
      YINET SANTOS,
 4
                        PLAINTIFF,
 5                                           Case No.
              -against-              16-CV-6947(PGG)
 6
      MHG-45, L.L.C., d/b/a THE HOLIDAY
 7    INN EXPRESS NEW YORK CITY FIFTH
      AVENUE, and YALILA ATARIHUA and
 8    ROBERT INDEGLIA, individually,
 9                        DEFENDANTS.
      ----------------------------------X
10
                       DATE:  June 1, 2017
11                     TIME:  10:54 A.M.
12
13
14         STATEMENT in the above-entitled
15      matter, held at the offices of Littler
16      Mendelson P.C., 900 Third Avenue, New
17      York, New York 10022, before Aylette
18      Gonzalez, a Notary Public of the State
19      of New York.
20
21
22    BY:     AYLETTE GONZALEZ
23    JOB NO: 124828
24
25
```

Page 2

```
 1
 2      A P P E A R A N C E S:
 3
 4      LITTLER MENDELSON
 5      Counsel for Defendants
 6              900 Third Avenue
 7              New York, New York  10022
 8      BY:     HOUSTON STOKES, ESQ,
 9
10
11      ALSO PRESENT:
12              MANUEL GARCIA, Videographer
13
14                   *            *            *
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

| | | |
|---|---|---|
| 1 | STATEMENT (6/1/17) | |
| 2 | (Exhibit A, Amended Notice of | |
| 3 | Deposition of Plaintiff Yinet Santos | |
| 4 | was marked for identification, as of | |
| 5 | this date.) | |
| 6 | (Exhibit B, e-mail dated 5/31/2017 | |
| 7 | was marked for identification, as of | |
| 8 | this date.) | |
| 9 | MR. STOKES: Good morning. | |
| 10 | Houston Stokes on behalf of Defendant | 10:53 |
| 11 | MHG-45 LLC. and Defendant Yalila | |
| 12 | Atarihua. | |
| 13 | Let the record reflect that it is | |
| 14 | 10:54 a.m. on June 1, 2017. We are | |
| 15 | here for the deposition upon oral | 10:54 |
| 16 | examination of plaintiff, Yinet | |
| 17 | Santos, pursuant to Federal Rule of | |
| 18 | Civil Procedure 30. | |
| 19 | I'm introducing as Exhibit A, the | |
| 20 | Amended Notice of Deposition of | 10:54 |
| 21 | Plaintiff, Yinet Santos, which was | |
| 22 | properly served upon Jacob Aronauer on | |
| 23 | behalf of Santos, as memorialized and | |
| 24 | certified in the Certificate of | |
| 25 | Service attached to the Amended Notice | 10:54 |

Page 4

1  STATEMENT (6/1/17)
2  of Deposition.
3       The Amended Notice of Deposition
4  of Plaintiff Yinet Santos is dated
5  May 22, 2017, and provides that                    10:54
6  plaintiff Santos' deposition will take
7  place today, June 1, 2017, at 9:30
8  a.m.
9       Yesterday, May 31, 2017, at
10 12:54 p.m., I sent an e-mail to            10:54
11 Mr. Aronauer advising him that
12 defendant planned to proceed with the
13 noticed deposition of plaintiff Santos
14 today.
15      I'm introducing as Exhibit B, my      10:55
16 e-mail sent to Mr. Aronauer on May 31,
17 2017, at 12:54 p.m.  Plaintiff Santos
18 and Mr. Aronauer have not appeared for
19 today's noticed deposition.  I have
20 not received any notices from             10:55
21 plaintiff Santos or Aronauer stating
22 they are late or otherwise intending
23 to appear today for the deposition.
24      In addition, I called
25 Mr. Aronauer's office at roughly          10:55

```
 1            STATEMENT (6/1/17)
 2   10:40 a.m. this morning and was told
 3   that he is currently unavailable.
 4   Accordingly, I'm memorializing for the
 5   record plaintiff Santos' failure to
 6   appear at today's properly noticed
 7   deposition.  Defendants will make an
 8   appropriate motion to the court
 9   seeking sanctions against plaintiff
10   Santos and other further relief as the
11   court deems just and proper.
12        This concludes the record for
13   today.
14        (TIME NOTED:  10:56 p.m.)
15
16
17        I, AYLETTE GONZALEZ, a Notary
18   Public for and within the State of New
19   York, do hereby certify that the above
20   is a correct transcription of my
21   stenographic notes.
22   DATED: 6-1-2017
23            [signature: Aylette Gonzalez]
24            AYLETTE GONZALEZ
25
```

```
 1                STATEMENT (6/1/17)
 2                  E X H I B I T S
 3
     EXHIBITS:
 4
     EXHIBIT                                          PAGE
 5   LETTER   DESCRIPTION
 6     EXHIBIT A       Amended Notice of Deposition
                       of Plaintiff Yinet Santos      3
 7
       EXHIBIT B       E-Mail dated 5/31/2017         3
 8
 9          (Original exhibits attached.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YINET SANTOS,<br><br>                Plaintiff,<br><br>    -against-<br><br>MHG-45, L.L.C., d/b/a THE HOLIDAY INN EXPRESS NEW YORK CITY FIFTH AVENUE, and YALILA ATARIHUA and ROBERT INDEGLIA, individually,<br><br>                Defendants. | Case No. 16-CV-6947 (PGG)<br><br>**AMENDED NOTICE OF<br>DEPOSITION<br>OF PLAINTIFF YINET SANTOS** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant MHG-45, L.L.C., d/b/a The Holiday Inn Express New York City Fifth Avenue ("Defendant"), by and through its attorneys, Littler Mendelson, P.C., will take the deposition upon oral examination of Plaintiff Yinet Santos, herein, before a notary public or other person authorized to administer oaths, at the law offices of Littler Mendelson, P.C., located at 900 Third Avenue, New York, NY 10022 on June 1, 2017 beginning at 9:30 a.m., and continuing day to day thereafter until completed.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 30(b)(3) of the Federal Rules of Civil Procedure, the aforementioned deposition shall be recorded by sound, visual, and/or stenographic means.

Dated: May 22, 2017

LITTLER MENDELSON, P.C.
Attorneys for Defendants

By: _____
Houston A. Stokes
900 Third Avenue
New York, New York 10022
Telephone: (212) 583-9600



1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2017, I caused a copy of the foregoing Defendant MHG-45, L.L.C.'s Amended Notice of Deposition of Plaintiff Yinet Santos to be served via email and U.S. Mail upon the following:

Jacob Aronauer
The Law Offices of Jacob Aronauer
225 Broadway Suite 307
New York, NY 10007
212-323-6980
Fax: 212-233-9238
jaronauer@aronauerlaw.com

_____
Houston A. Stokes

2

## Stokes, Houston A.

**From:** Stokes, Houston A.
**Sent:** Wednesday, May 31, 2017 12:54 PM
**To:** 'Jacob Aronauer'
**Subject:** RE: Yinet santos Deposition Notice

Jacob,

Plaintiff Santos' deposition was properly noticed for June 1. We intend to move forward with the deposition.

Regards,
Houston

**From:** Jacob Aronauer [mailto:jaronauer@aronauerlaw.com]
**Sent:** Thursday, May 25, 2017 1:36 PM
**To:** Stokes, Houston A.
**Subject:** Yinet santos Deposition Notice

You have not given me sufficient notice--June 1st is not realistic and against the FRCP rules.

---

Jacob Aronauer, Esq.
The Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
(P) (212) 323-6980
(F) (212) 233-9238

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this document (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

To reply to our email administrator directly, please send an email to jaronauer@aronauerlaw.com.

The Law Office of Jacob Aronauer



1