# Exhibit 5

6/1/2017                                    PrintTimecardDialog                                    Printed: Thursday, 6/1/2017, 0.

## Timecard   5/22/2017 - 6/4/2017 (Current Pay Period)

**Employee:** Santos Carrion, Yinet (83H160029)
**Payroll ID:** 160029   **Company Code:** 83H   **Supervisor:** Atarihuana, Yalila (83H110005)
**Timecard Approval:** Not Approved

| | Week 1 | In - Out | Pay Code | Hours | Department | Job | Daily Totals | Regular | Overtime |
|---|---|---|---|---|---|---|---|---|---|
| Mon | 05/22 | - | | 0.00 | 000120 | 120011 | | 0.00 | 0.00 |
| | 05/22 | - | | 0.00 | 000120 | 120011 | 0.00 | 0.00 | 0.00 |
| Tue | 05/23 | 08:30 AM - 12:08 PM | | 3.63 | 000120 | 120011 | | 3.63 | 0.00 |
| | 05/23 | 12:38 PM - 04:29 PM | | 3.85 | 000120 | 120011 | 7.48 | 3.85 | 0.00 |
| Wed | 05/24 | 08:25 AM - 11:58 AM | | 3.55 | 000120 | 120011 | | 3.55 | 0.00 |
| | 05/24 | 12:28 PM - 04:29 PM | | 4.02 | 000120 | 120011 | 7.57 | 4.02 | 0.00 |
| Thu | 05/25 | 08:28 AM - 04:58 PM | | 8.50 | 000120 | 120011 | | 8.50 | 0.00 |
| | 05/25 | - | | 0.00 | 000120 | 120011 | 8.50 | 0.00 | 0.00 |
| Fri | 05/26 | 08:28 AM - 12:12 PM | | 3.73 | 000120 | 120011 | | 3.73 | 0.00 |
| | 05/26 | 12:42 PM - 04:58 PM | | 4.27 | 000120 | 120011 | 8.00 | 4.27 | 0.00 |
| Sat | 05/27 | - | | 0.00 | 000120 | 120011 | | 0.00 | 0.00 |
| | 05/27 | - | | 0.00 | 000120 | 120011 | 0.00 | 0.00 | 0.00 |
| Sun | 05/28 | - | | 0.00 | 000120 | 120011 | | 0.00 | 0.00 |
| | 05/28 | - | | 0.00 | 000120 | 120011 | 0.00 | 0.00 | 0.00 |
| | | | | | | **Week 1 Totals** | **31.55** | **31.55** | **0.00** |
| | Week 2 | In - Out | Pay Code | Hours | Department | Job | Daily Totals | Regular | Overtime |
| Mon | 05/29 | 08:00 AM - 04:00 PM | HOLIDAY | 8.00 | 000120 | 120011 | | 0.00 | 0.00 |
| | 05/29 | | | 0.00 | 000120 | 120011 | 8.00 | 0.00 | 0.00 |
| Tue | 05/30 | 08:29 AM - 02:02 PM | | 5.55 | 000120 | 120011 | | 5.55 | 0.00 |
| | 05/30 | 02:32 PM - 04:56 PM | | 2.40 | 000120 | 120011 | 7.95 | 2.40 | 0.00 |
| Wed | 05/31 | 08:27 AM - 12:12 PM | | 3.75 | 000120 | 120011 | | 3.75 | 0.00 |
| | 05/31 | 12:42 PM - 04:28 PM | | 3.77 | 000120 | 120011 | 7.52 | 3.77 | 0.00 |
| Thu | 06/01 | 08:25 AM - 02:00 PM | | 5.58 | 000120 | 120011 | | 5.58 | 0.00 |
| | 06/01 | (Still working) | | 0.00 | 000120 | 120011 | 5.58 | 0.00 | 0.00 |
| Fri | 06/02 | | | 0.00 | 000120 | 120011 | | 0.00 | 0.00 |
| | 06/02 | - | | 0.00 | 000120 | 120011 | 0.00 | 0.00 | 0.00 |
| Sat | 06/03 | | | 0.00 | 000120 | 120011 | | 0.00 | 0.00 |
| | 06/03 | | | 0.00 | 000120 | 120011 | 0.00 | 0.00 | 0.00 |